

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

---

ARTHUR PROVENCHER, MICHAEL McGUIRE, and RONALD MARTEL, individually and on behalf of all similarly situated individuals,

        Plaintiffs,

        v.

BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION LLC,

        Defendants.

Civil Action No. 2:22-cv-00198

---

## MOTION TO ADMIT NON-RESIDENT ATTORNEY *PRO HAC VICE*

I, Elizabeth Rattigan, a member of the United States District Court for the District of Vermont, of the law firm of Downs Rachlin Martin PLLC, counsel for Defendants, Bimbo Bakeries USA, Inc. and Bimbo Foods Bakeries Distribution, LLC, hereby move for the admission *Pro Hac Vice* of Lauren E. Marzullo of Morgan, Lewis & Bockius LLP in Pittsburgh, Pennsylvania, pursuant to Local Rule 83.1(b).

In support of this motion, I attach the Declaration of Lauren E. Marzullo, identifying the bars in which she is a member in good standing, stating that there are no disciplinary proceedings pending against her, that she has not been denied admission to, disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this court, or any other court while facing a disciplinary complaint, that she is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Vermont and the Vermont Rules of Professional Conduct, and designating

1

myself as the sponsoring attorney and Vermont as the designated forum for resolution of any dispute arising out of his admission.

Dated: November 6, 2023

Respectfully submitted,

*Elizabeth Rattigan by M.T.*

**Downs Rachlin Martin PLLC**
Elizabeth Rattigan
199 Main Street, PO Box 190
Burlington, VT 05402-0190
(802)-846-8373
erattigan@drm.com

*Attorney for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| ARTHUR PROVENCHER, MICHAEL McGUIRE, and RONALD MARTEL, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00198 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I hand-delivered to the Clerk of the Court the following documents for filing:

 Motion for Pro Hac Vice Admission of Lauren E. Marzullo
 Declaration of Lauren E. Marzullo in Support of Motion for Pro Hac Vice Admission
 Certificate of Good Standing of Lauren E. Marzullo in Support of Motion for Pro Hac Vice Admission
 Certificate of Service

The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following counsel of record:

 Merrill E. Bent
 Woolmington, Campbell, Bernal & Bent, P.C.
 4900 Main Street
 P.O. Box 2748
 Manchester Center, VT 05255-2748
 Email: merrill@greenmtlaw.com

 Nicholas P. DeMaris
 Scott A. Moriarity
 Shawn J. Wanta
 Wanta Thome PLC
 100 South Fifth Street, Suite 1200
 Minneapolis, MN 55402
 Email: npdemaris@wantathome.com
 Email: samoriarity@wantathome.com

Email: sjwanta@wantathome.com

Emily V. Wilkinson
U.S. Department of Labor, Office of the Solicitor
John F. Kennedy Federal Building
Suite E-375
Boston, MA 02203
Email: wilkinson.emily.v@dol.gov

*Elizabeth Rattigan by W.T.*

**Downs Rachlin Martin PLLC**
Elizabeth Rattigan
199 Main Street, PO Box 190
Burlington, VT 05402-0190
(802)-846-8373
erattigan@drm.com

*Attorney for Defendants*