# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

Arthur Provencher, Michael McGuire,

      Plaintiffs,

v.

Bimbo Bakeries USA, Inc.; Bimbo Foods
Bakeries Distribution, LLC,

      Defendants.

Court File No. 2:22-cv-00198-WKS

**MOTION FOR ATTORNEY
WITHDRAWAL UNDER LOCAL
RULE 11(d)**

Pursuant to Local Rule 11(d), the undersigned counsel of record respectfully moves to withdraw from representation of Plaintiffs Arthur Provencher and Michael McGuire. The undersigned counsel further affirms that multiple attorneys have appeared on behalf of Plaintiffs in this matter and that, following the undersigned's withdrawal, one or more attorneys of record will remain Plaintiff's counsel.

      Respectfully Submitted,

Dated: May 29, 0226

**JACKSON LEWIS P.C.**

/s/ Nicholas P. DeMaris
Nicholas P. DeMaris (#0402896)
150 South Fifth Street, Suite 3500
Minneapolis, MN 55402
Tel: (612) 341-8131
Fax: (612) 341-0609
Nick.DeMaris@jacksonlewis.com

1