UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| ARTHUR PROVENCHER, MICHAEL McGUIRE and RONALD MARTEL, on behalf of a class, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 2:22-cv-198 |
| BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION LLC, | ) | |
| Defendants. | ) | |

**ORDER**

In light of the Mandate issued by the United States Court of Appeals for the Second Circuit on March 27, 2026 (ECF No. 112), and by stipulation of the parties, the definition of the collective defined in the Court's prior Opinion and Order dated April 2, 2024 (ECF No. 98 at 37) is hereby modified to:

> All persons who are performing or have performed work as Distributors for Bimbo Bakeries USA and/or Bimbo Foods Bakeries Distribution LLC in the State of Vermont under a distributor agreement during the period commencing April 2, 2021, until the court-ordered deadline for such persons to opt into this case.

All deadlines set from the date of the April 2, 2024 order are now reset to the date of this Order. The status conference currently scheduled for October 5, 2026 is cancelled. Another status conference will be scheduled at a future date.

DATED at Burlington, in the District of Vermont, this 1st day of October 2026.

/s/ William K. Sessions III
Hon. William K. Sessions III
U.S. District Court Judge